Commonwealth ex rel. Woodside, Attorney General, Appellant, *v.* Bridgeport Borough.

Argued April 20, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

408

*C. Russell Welsh, Jr.,* Senior Legal Assistant, with him *Thomas H. Jones,* Special Attorney, *Robert J. Trace,* Deputy Attorney General, *Harrington Adams,* Acting Attorney General and *Frank F. Truscott,* Attorney General, for appellant.

*Morris Gerber,* with him *Thomas M. Garrity* and *Wisler, Pearlstine, Talone & Gerber,* for appellees.

OPINION PER CURIAM, June 28, 1954:
The Order of the Court below is affirmed on the Opinion of Judge CORSON.